

# Fourth Court of Appeals
## San Antonio, Texas

August 21, 2015

No. 04-15-00370-CR

**IN RE** Matthew Jamal **JACKSON**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice

On August 19, 2015, relator filed a letter which we construe as a motion for rehearing with respect to this court's opinion issued on July 8, 2015, in this mandamus proceeding. The panel has considered the motion and it is DENIED.

It is so **ORDERED** on August 21, 2015.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2014CR0148, styled *The State of Texas v. Matthew Jamal Jackson*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.